## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Rex Aikman, Jr.,                                    Civil No. 11-2028 (RHK/JSM)

        Plaintiff,                        **DISQUALIFICATION AND**
                                          <u>**ORDER FOR REASSIGNMENT**</u>

vs.

SmithKline Beecham Corporation,
d/b/a GlaxoSmithKline,

        Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July 22, 2011

                                                          <u>s/Richard H. Kyle</u>
                                                          RICHARD H. KYLE
                                                          United States District Judge